IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISAAC GONZALES, SR.,

    Plaintiff,                          No. CIV S-00-0945 GEB KJM P

    vs.

CAL A. TERHUNE, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        The parties are hereby informed that the court's October 12, 2005 pretrial order is amended as follows: the trial confirmation hearing scheduled for 9:00 a.m. on April 7, 2006 is rescheduled for 1:30 p.m.

DATED: October 12, 2005.

                                                            UNITED STATES MAGISTRATE JUDGE

---

1

gonz0945.pto.2