IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISAAC GONZALES,

        Plaintiff,                    No. CIV S-00-00945 GEB KJM P

   vs.

CAL A. TERHUNE, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has requested new dates for trial confirmation hearing and trial. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 2, 2006 request for an extension of time is granted;

        2. Trial confirmation hearing is rescheduled in this matter for July 28, 2006 at 1:30 p.m. before the Honorable Garland E. Burrell, Jr. in Courtroom 10.

/////
/////
/////
/////
/////

1

1    3.  Trial is rescheduled for September 12, 2006 at 9:00 a.m. before the Honorable
2 Garland E. Burrell, Jr. in Courtroom 10.
3 DATED: April 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
gonz0945.36