IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISAAC GONZALES,

      Plaintiff,                                  No. CIV S-00-0945 GEB KJM P

      vs.

CAL A. TERHUNE, et al.,

      Defendants.                     <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding with an action for violation of civil rights under 42 U.S.C. § 1983. On July 17, 2006, plaintiff filed a request for substitution of counsel. However, plaintiff's request does not comply with Local Rule 83-182(g). Therefore, it will be denied.

        Plaintiff has informed the court that he is now incarcerated by the California Department of Corrections. That being the case, the court will set new dates for trial confirmation hearing and trial.

        A review of the court's file reveals that plaintiff has not kept the court apprised of his current address at all times as is required by the Local Rules of this court. Plaintiff is informed that, in the future, if he fails to inform the court of an address change, this case will be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's July 17, 2006 "Motion For Change Of Counsel" is denied;

2. Trial confirmation hearing is rescheduled for September 22, 2006 at 11:00 a.m. before the Honorable Garland E. Burrell, Jr. in Courtroom #10; and

3. Trial is rescheduled for November 7, 2006 at 9:00 a.m. before the Honorable Garland E. Burrell, Jr. in Courtroom #10.

DATED: July 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1
gonz0945.mfs